Eastern District of Kentucky
**FILED**
AUG 2 0 2009
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY

CSX TRANSPORTATION, INC.
500 Water Street
Jacksonville, Florida

    Plaintiff,

v.

ASHLAND, INC.
50 East River Center Boulevard
Covington, KY 41012

    Defendant.

CIVIL ACTION

NO.: 2:08-cv-00148-DLB

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, the parties, by their undersigned counsel, jointly request that this action be dismissed with prejudice, each party to bear its own costs and attorney's fees.

| **KEENAN, COHEN & HOWARD P.C.** | **DINSMORE & SHOHL LLP-LEXINGTON** |
|---|---|
| By: /s/ Jeffrey Cohen<br>Jeffrey Cohen *(pro hac vice)*<br>One Pitcairn Place, Suite 2400<br>165 Township Line Road<br>Jenkintown, PA 19046 | By: /s/ Grahmn Morgan (w/permission)<br>Grahmn Morgan<br>2540 W. Main Street<br>Suite 1400<br>Lexington, KY 40507 |
| Attorneys for Plaintiff<br>CSX Transportation, Inc. | Attorneys for Defendant<br>Ashland, Inc. |
| Dated: August 18, 2009 | Dated: August 18, 2009 |

IT IS ORDERED THIS 19th DAY OF AUGUST, 2009.



Signed By:
David L. Bunning
United States District Judge